■ BUCKTHORN, LTD., Appellant-Respondent, v ROLLINS BURDICK HUNTER OF NEW YORK, INC., Defendant and Third-Party Plaintiff-Respondent-Appellant. EQUITY STEAMSHIP AGENCIES, LTD., Third-Party Defendant-Respondent.—Motion granted insofar as to withdraw the last sentence of this court's order entered on May 30, 1985 [109 AD2d 8] and to substitute in its stead the following: "The Clerk is directed to enter judgment in favor of plaintiff in the amount of $282,639.12, with interest from January 1, 1983, and costs." Concur—Sandler, J. P., Asch, Fein and Kassal, JJ.

■ In the Matter of JACKSON v NEW YORK STATE URBAN DEVELOPMENT CORPORATION.—Motion for leave to appeal to the Court of Appeals granted, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by said court. Concur—Sandler, J. P., Carro, Asch, Milonas and Kassal, JJ.